**STATE v. MILLER**

[358 N.C. 133 (2004)]

STATE OF NORTH CAROLINA v. ROBERT MILLER

No. 438A03

(Filed 6 February 2004)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 158 N.C. App. 745, 583 S.E.2d 620 (2003), vacating two first-degree sex offense convictions and remanding for resentencing a conviction for taking indecent liberties with a child, which judgments were entered 6 December 2001 by Judge B. Craig Ellis in Superior Court, Scotland County. Heard in the Supreme Court 9 December 2003.

*Roy A. Cooper, Attorney General, by David Gordon, Assistant Attorney General, and Amy C. Kunstling, Assistant Attorney General, for the State-appellant.*

*Daniel Shatz for defendant-appellee.*

*Beaver, Holt, Sternlicht, Glazier, Britton & Courie, P.A., by Richard B. Glazier, on behalf of the American Civil Liberties Union of North Carolina Legal Foundation, Inc., amicus curiae.*

PER CURIAM.

AFFIRMED.